UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Frank Ortiz

                              Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21   -CR-1105 ) ( )

DOC # _____

Defendant __**Frank Ortiz**_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

__X__   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

__X__   Conference Before a Judicial Officer

____/s/ Frank Ortiz_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Frank Ortiz**
Print Defendant's Name

_Ken Womble_
Defendant's Counsel's Signature

**Ken Womble**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/5/2021
Date

_____
JAMES L. COTT
United States Magistrate Judge